Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Appellants, Building Inspectors and Building Inspector Supervisors of the Building Division of the City of St. Louis, appeal the judgment of the Circuit Court of St. Louis upholding the pay classifications set forth in Ordinance No. 62657. Appellants claim that Sections 1 and 2 of the ordinance as they relate to Appellants violate Article XVIII § 2(b) of the Charter of the City of St. Louis. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An opinion reciting the facts and restating the principles of law would have no precedential value. We affirm in accordance with Rule 84.16(b).

**ORDER**

PER CURIAM.

Edmond Nelson (Defendant) appeals from his conviction, after a jury trial, for first-degree robbery, § 569.020, RSMo 1994, for which he was sentenced to eighteen years' imprisonment. He alleges the trial court erred when it allowed evidence that he was a gang member. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential purpose. The judgment is affirmed in accordance with Rule 30.25(b).

▪

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Edmond NELSON, Defendant–Appellant.**

No. 71184.

Missouri Court of Appeals,
Eastern District,
Division One.

June 10, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara H. Frazier, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

▪

**Thomas Mark SMITH, Appellant,**

v.

**Ouida Jan SMITH, Respondent.**

No. 70735.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 10, 1997.

Charles M.M. Shepherd, Shepherd, Lake & Taylor, L.L.P., Clayton, for Appellant.

Daniel S. Peters, Green, Schaaf & Margo, P.C., Clayton, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Thomas Mark Smith (Father) appeals from a judgment of the Circuit Court of St. Louis County in favor of Ouida Jan Smith (Mother)